LeClairRyan LLP
Peter M. Hart (State Bar No. 107920)
Peter.hart@leclairryan.com
Matthew K. Wisinski (State Bar No. 195535)
Matthew.wisinski@leclairryan.com
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:       (415) 391-8766

Attorneys for Plaintiff
BUILD.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BUILD.COM, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HM WALLACE, INC., PRICEGRID, LLC,<br><br>　　　　　Defendants. | Case No.:  2:10-01792-LKK-CMK<br><br>**ORDER RE: REQUEST TO CONTINUE STATUS CONFERENCE** |

   IT IS HEREBY ORDERED THAT the Status Conference presently scheduled for November 1, 2010 at 2:30 p.m., is hereby continued until January 24, 2011 at 11:00 a.m.  The parties are to advise the Court immediately if the conditional settlement presently achieved is no longer in place.  The parties shall submit status reports in compliance with the local rules.

Dated:  October 27, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

---
**1**
PROPOSED ORDER RE: REQUEST TO CONTINUE STATUS CONFERENCE